# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2240. DERUSHA v. BURROUGHS et al.

On April 24, 2019, we granted David Derusha's application for discretionary appeal in this matter. A review of the complete record, however, shows that the discretionary application was improvidently granted. Accordingly, we hereby DISMISS this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/14/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*